| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>12/14/2017/nc | CRIMINAL DOCKET |

M-17-2260-M

| | |
|---|---|
| __McALLEN__ Division | CR. No. __M-18-0008-S1__ |
| Indictment filed January 4, 2018 | |
| **SUPERSEDING INDICTMENT** Filed: __July 5, 2018__ | Judge: __MICAELA ALVAREZ__ |
| County: Hidalgo | |
| Lions #: **2017R17379** | Attorneys: |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY |
| v. | JAMES H. STURGIS, ASST. U.S. ATTORNEY |
| __BEATRIZ ADRIANO-SANMARTIN__<br>*Bond 2/13/2018: $100,000.00 w/$5,000.00 cash deposit* | Cts. 1 & 2   Adolfo "Al" Alvarez, Ret'd, (956) 686-3700 |

Charge(s):

Ct. 1: Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Ct. 2: Possession with intent to distribute 5 kilograms or more, that is, approximately 15 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846 and Title 18, United States Code, Section 2.

Total Counts **(2)**

Penalty: Cts. 1 & 2: Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (as to each count) (*MANDATORY MINIMUM)

Agency: Homeland Security Investigations - Raul (Rudy) Garza, Jr. - MC13CR18MC0007

Date                                                                Proceedings